IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Justin Tyler Herring, | ) | Case No. 1:26-cv-01822-SAC |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **OPINION AND ORDER** |
| | ) | |
| South Carolina Department of Corrections, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on a Report and Recommendation ("Report") of the Magistrate Judge.  ECF No. 10.  In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Shiva V. Hodges for pre-trial proceedings.

On June 3, 2026, the Magistrate Judge issued a Report recommending that this action be summarily dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *Id.*  The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so.  *Id.* at 4.  Plaintiff has not filed any objections and the time to do so has lapsed.[1]

The Magistrate Judge makes only a recommendation to this Court.  *Mathews v. Weber*, 423 U.S. 261, 271 (1976).  The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court.  *Id.*  The Court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made.  *See* 28 U.S.C. § 636(b).  The Court may accept, reject, or modify, in whole or

---

[1] The Report was mailed to the address Plaintiff provided the Court but was subsequently returned as undeliverable.  *See* ECF No. 13.  The Magistrate Judge advised Plaintiff that he must immediately advise the Clerk of Court in writing of any change of address and that failure to do so will not be excused by the Court.  *See* ECF No. 6 at 3.

1

in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *Id.* In the absence of an objection, the Court will review the Report for clear error. *See Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (citation modified).

The Court has considered the record in this case, the applicable law, and the Report of the Magistrate Judge. The Court finds no clear error and thereby agrees with the recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, this action is DISMISSED without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

_____
United States District Judge

July 27, 2026
Columbia, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.